# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D18-5219
_____

TAYLOR MICHAEL WOOD,

    Petitioner,

v.

STATE OF FLORIDA,

    Respondent.

_____

Petition for Writ of Prohibition—Original Jurisdiction.

October 30, 2019

PER CURIAM.

    DENIED.

WOLF, MAKAR, and KELSEY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Rudolph C. "Rusty" Shepard, Jr., Panama City, for Petitioner.

Ashley Moody, Attorney General, and Quentin Humphrey, Assistant Attorney General, Tallahassee, for Respondent.